# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 14, 2025

## NO.  03-25-00549-CV

**CJ's Wrecker Service Inc., Appellant**

**v.**

**Tax Appraisal District of Bell County, Texas, Appellee**

### APPEAL FROM THE 169TH DISTRICT COURT OF BELL COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE THEOFANIS

This is an appeal from the judgment signed by the trial court.  Having reviewed the record, the Court holds that CJ's Wrecker Service Inc. has not prosecuted its appeal and did not comply with a notice from the Clerk of this Court.  Therefore, the Court dismisses the appeal for want of prosecution.  The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.